UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Mackenzy Toussaint

                                Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21   -CR-247( )( )

Defendant **Mackenzy Toussaint** hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

**X**     Initial Appearance Before a Judicial Officer

___     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

___     Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Mackenzy Toussaint**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**Bret Martin**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5-4-2021
Date

_____
U.S. District Judge/U.S. Magistrate Judge