UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MACKENZY TOUSSAINT,

Defendant.

21-CR-247-02 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons set out in the transcript of today's conference, the Court orders that defendant Mackenzy Toussaint and his attorney, Bret Martin, Esq., both appear **in person** for a conference on **September 15, 2021**, at **10:30 a.m.**, in **Courtroom 1305** of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, N.Y. 10007. Counsel for the Government is also directed to attend. The purpose of the conference will be for the Court to attend to issues that have arisen with respect to the adequacy of Mr. Toussaint's representation in this matter. Mr. Martin, whom the Court has directed to file a notice of appearance today, is to notify Mr. Toussaint forthwith of his obligation to attend the September 15 conference and to assure that he does so.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 8, 2021
       New York, New York