# BRET E. MARTIN
## ATTORNEY AND COUNSELOR AT LAW

P.O. BOX 93565
SOUTHLAKE, TEXAS 76092
(214)505-2168
BRETMARTINATTY@GMAIL.COM

June 8, 2022

**VIA ELECTRONIC FILING AND EMAIL**
Honorable Paul A. Engelmayer
Judge of the United States District Court for
The Southern District of New York
40 Foley Square New York, NY 10007

21-CR-247-02

USA v. Mackenzy Toussaint

Dear Judge Paul A. Engelmayer,

Counsel for Mackenzy Toussaint respectfully submits this letter to request an adjournment for our scheduled sentencing date that is currently set on August 30, 2022. Counsel for the Defendant is coming off of a very debilitating 10 day illness and is now currently in the midst of a surprise 25 year wedding anniversary trip, a child that is graduating college and starting law school this week and another child that has moved in the NCAA transfer portal to a new university and starting her new soccer season tonight. Equally as important, is that Counsel and the Defendant have identified a number of issues in the Pre-Sentence Report that could significantly impact his sentencing and all of the arguments surrounding the sentence. We are working on these issues and getting numerous sets of additional eyes working with our team on this. Counsel has been in communication with Ms. McLeod concerning all of these issues and she has no objection to the granting of this adjournment request of 90 days. We would also ask for this to be scheduled some time the week of November 14, if that is amenable to the Court's schedule.

Thank you for your time and attention in this matter.

Truly Yours,

/s/ Bret E. Martin
Bret E. Martin
SBN 00794232

---

The Court **GRANTS** the motion to adjourn sentencing, but finds a 90-day adjournment unjustified. Sentencing is adjourned until October 19, 2022 at 11:00 a.m. The defense should not expect this date to be further adjourned. The defense's sentencing submission is due 14 days before the sentencing date. The Clerk of Court is requested to terminate the motion at Dkt. No. 161.

SO ORDERED.                8/19/2022

*[signature: Paul A. Engelmayer]*
PAUL A. ENGELMAYER
United States District Judge