# BRET E. MARTIN
## ATTORNEY AND COUNSELOR AT LAW

P.O. BOX 93565
SOUTHLAKE, TEXAS 76092
(214)505-2168
BRETMARTINATTY@GMAIL.COM

October 6, 2022

**VIA ELECTRONIC FILING AND EMAIL**

Honorable Paul A. Engelmayer
Judge of the United States District Court for
The Southern District of New York
40 Foley Square New York, NY 10007

Dear Judge Paul A. Engelmayer,

Counsel for Mackenzy Toussaint respectfully submits this letter to request an additional week to submit the sentencing submitssion for the Defendant. There are a handful of issues that Counsel and the Defendant are continuing to address and need a few more business days to discuss those items and finalize the submission. We would respectfully ask for the Defendant's sentencing submission to be due to the Court by October 12, 2022, if that is amenable to the Court

Thank you for your time and attention in this matter.

Truly Yours,

/s/ Bret E. Martin
Bret E. Martin
SBN 00794232

CC: ALL PARTIES via ECF