UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MACKENZY TOUSSAINT,

Defendant.

21-CR-247-02 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court reappoints Bret Martin, Esq., to represent defendant Toussaint in connection with making a motion for sentence reduction pursuant to Sentencing Guidelines Amendment 821. That motion is due February 7, 2024. The Government's response is due February 14, 2024.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 1, 2024
New York, New York