UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>MACKENZY TOUSSAINT,<br><br>Defendant. | 21-CR-247-02 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On May 6, 2026, the Court, following briefing from the parties, issued a preliminary order of forfeiture of substitute assets of defendant Mackenzy Toussaint, and denied the defendant's motion for the return of the property at issue. *See* Dkt. 305; *see also* Dkt. 301 (defendant's motion for return of property); Dkt. 302 (Government's motion in support of order and opposition to defendant's motion for return of property); Dkt. 303 (defendant's opposition to government's motion proposed such order and motion in further support of return of property).

On July 1, 2026, nearly two months after the Court's order, Toussaint filed a new submission that in substance largely tracked his two earlier submissions and sought the same relief. *See* Dkt. 309. The Court denies Mackenzy's latest motion as meritless and tardy. The Court's order at Dkt. 305 remains in effect.

The Clerk of Court is respectfully directed to terminate all pending motions relating to Toussaint. This case remains closed.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 31, 2026
New York, New York